## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lisa Batey−Kolegas

                            Plaintiff,

v.                                                       Case No.: 1:16−cv−09353
                                                            Honorable Harry D. Leinenweber

Harris & Harris, LTD.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Notice of Settlement, this case is dismissed without prejudice to convert automatically to with prejudice by 2/6/2017. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.